

Entered on Docket
September 15, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax

Attorneys for WELLS FARGO HOME MORTGAGE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| STEVEN L. NIELSEN and | ) | Case No. S-09-16020-MKN |
| CHERYL NIELSEN, | ) | |
| | ) | Hearing Date:  August 12, 2009 |
| | ) | Hearing Time: 1:30 p.m. |
| Debtors. | ) | |
| | ) | Location:   Foley Federal Building |
| _____ | ) | Courtroom No. 2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of WELLS FARGO HOME MORTGAGE came on regularly for hearing before this court on August 12, 2009, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

///

///

///

1

1   IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to real property

2   commonly known as 9512 Treasure Beach Court, Las Vegas, NV 89117.

3

4   SUBMITTED BY:

5

6   /s/ *Kevin Hahn*_____
    KEVIN HAHN

7   Nevada Bar No. 9821
    2112 Business Center Drive

8   Irvine, California 92612
    (949) 252-9400

9   Attorney for WELLS FARGO HOME MORTGAGE

10

11                        RULE 9021 CERTIFICATION

12       In accordance with Local Rule 9021, counsel for Movant certifies:

13       _____ The Court waived the requirement of approval under LR 9021.

14       _____ No parties appeared or filed written objections, and there is no trustee appointed in the
             case.

15

16       _X___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
             any unrepresented parties who appeared at the hearing, and any trustee appointed in this

17           case, and each has approved or disapproved the order, or failed to respond as indicated
             below [list each party and whether the party has approved, disapproved, or failed to

18           respond to the document]:

19           RICK A. YARNALL, Trustee: _____

20
             Approved_____        Disapproved_____          Failed to Respond ___X___
21

22

23

24

25

26

27

28